## No. 7160.

### BUSSEY & CO. vs. NELSON & CO.

Where a suit is pending against a single defendant, who dies, and whose succession is opened in the Second Court, the suit must be removed to that court, but where there are other defendants, and property has been attached, the court originally seized of jurisdiction retains it.

If the deceased defendant was a non-resident and died out of the State, the court in which the suit was brought may appoint a curator *ad hoc* to represent his succession and his absent heirs.

APPEAL from the Fourth District Court of New Orleans. HOUSTON, J.

*Gill* for Plaintiff. *Bayne*, curator *ad hoc*, for Succession of Nelson, deceased.

SPENCER, J., delivered the opinion reversing the judgment below, but on rehearing, MARR, J., delivered the opinion setting aside the first degree and affirming the judgment.